### [ Buckley v. Herris ]

Rich<sup>d</sup> Buckley plaint. cont<sup>a</sup> Thomas Herris Defend<sup>t</sup> in an Action of debt of thirty pounds eight Shillings and two pence in money due

by bill Obligatory under the hand of the s^d Herris bearing date the. 22^d of Ianuary. 1677. with all other due damages: . . . The Iury . . . found for the plaint. thirty pounds eight Shillings two pence in money according to bill, and costs of Court Allow^d twenty Six Shillings and six pence.

Execucion issued. 29° Ianur° 1678.